AO 93 (Rev. 11/13) Search and Seizure Warrant



## UNITED STATES DISTRICT COURT
for the
District of Montana

FILED
AUG 1 0 2017
Clerk, U S District Court
District Of Montana
Missoula

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
Montana Rifle Company, 3178 MT-35, Kalispell, MT )
Seven Sons Rifle Barrel Inc., 3172 MT-35, Kalispell, MT )
)

Case No. MJ 17-41-M-JCL

### SEARCH AND SEIZURE WARRANT

To:  Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Missoula Division___ District of ___Montana___
*(identify the person or describe the property to be searched and give its location)*:

Montana Rifle Company, 3178 MT-35, Kalispell MT and Seven Sons Rifle Barrel, Inc., 3172 MT-35 Kalispell, MT; further described in Attachment A, incorporated herein by reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein by reference

**YOU ARE COMMANDED** to execute this warrant on or before ___August 18, 2017___ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___The Honorable Jeremiah C. Lynch___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ___8/7/2017 2:23 pm___   ___/s/ Jeremiah C. Lynch___
*Judge's signature*

City and state:  Missoula, Montana   Jeremiah C. Lynch/United States Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: MJ17-41-M-JCL | Date and time warrant executed: 8/8/17 8:55 am | Copy of warrant and inventory left with: Jeff Sipe |
| Inventory made in the presence of: SA Robert Marsden, David Wisher | | |
| Inventory of the property taken and name of any person(s) seized: See attached | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/9/17

_Executing officer's signature_

Kelly J. Siler / Special Agent
_Printed name and title_

US EPA Criminal Investigation Division

Search Warrant Inventory

Documents Report

Business: Montana Rifle Company

Location: 3178 MT HWY 35 Kalispell, MT

Search Warrant Inventory

8/8/17 4:45:46 PM

| SW Item # | Description |
|---|---|
| 1 | Notebook workplace safety program |
| 2 | payroll history customer credit |
| 3 | Osha info- folder |
| 4 | Red well-4 folders- 7 sons workmans comp, 2016 unemployment, 2015 unemployment, 2016 work comp, (Montana Firearms group) |
| 5 | MRC/SDS/MSDS Information- 4 inch red binder |



US EPA Criminal Investigation Division

Search Warrant Inventory

Documents Report

**Case: Seven Sons Rifle Barrels Inc**

**Location: 3172 MT Highway 35, Kalispell, MT**

**Search Warrant Inventory**

**8/8/17 4:55 PM**

| SW Item # | Description |
|---|---|
| 1 (6) | Seven Sons- Attendance Log (5 pages) |
| 2 (7) | Seven Sons - Binder -Montana Firearms Group- MSDS/SDS Book, Barber Shop and Stock Department |



8/8/17

**U.S. ENVIRONMENTAL PROTECTION AGENCY**
Office of Enforcement and Compliance Assurance

**NATIONAL ENFORCEMENT INVESTIGATIONS CENTER**
P.O. Box 25227, Denver Federal Center
Denver, Colorado 80225

## SAMPLES AND/OR DOCUMENTS OBTAINED ON SITE

**Name of Facility:** Montana Rifle Company

**Project Number:** RP1772

**Facility Location:** Kalispell, MT

### DESCRIPTION

Collected 12 samples

**Facility Representative (signature):** [signed]
**Name (print):** Jacob Stowell
**Title:** Env. Scientist
**Date Signed:** 8/8/2017

**EPA Representative (signature):** JTS 8/8/2017
**Name (print):** [signed]
**Date:** 8/8/17
**Title:**
**Date Signed:**

Distribution: Original to Facility Representative; Copy to Project File
NEIC Form/03-010 (January 2003)

NE 01055

☆ U.S. GOVERNMENT PRINTING OFFICE: 2003-574-118/85009

# United States Environmental Protection Agency
Office of Criminal Enforcement, Forensics & Training
Washington, DC 20004
## CHAIN OF CUSTODY RECORD

| Case Number | Case Name | Collection Location/Source1 |
|---|---|---|
| 0801-0122 | Montana Rifle Co | 3178 MT Highway 35, Kalispell, MT and 3172 MT Highway 35, Kalispell, MT |

| Item/Sample Number2 | Item/Sample Date | RAM Image (If Collected) | Collected By3 | Item/Sample Location4 | Description5 | |
|---|---|---|---|---|---|---|
| NCFL 01 | 8/8/2017 | no | J. Golden | A01_Bldg1_RmK_LPT1_HDD1 | unique identification | WXJ1A71V2532 |
| NCFL 02 | 8/8/2017 | no | J. Golden | A02_Bldg1_RmH_LPT1_HDD | unique identification | WXG1A71M3295 |
| NCFL 03 | 8/8/2017 | no | J. Golden | A03_Bldg1_RmI_PC1_HDD1 | unique identification | WCC2E6UJHCF4 |
| NCFL 04 | 8/8/2017 | yes | J. Golden | A04_Bldg1_RmJ_PC1_HDD1 | unique identification | Z4YBWY26 |
| NCFL 05 | 8/8/2017 | N/A | J. Golden | A05_Bldg1_RmJ_DVR_HDD1 | unique identification | WCC4M6PLT92U |
| NCFL 06 | 8/8/2017 | yes | J. Golden | A06_Bldg1_RmG_PC1_HDD1 | unique identification | W4Z3M5P6 |
| NCFL 07 | 8/8/2017 | N/A | J. Golden | A07_Bldg1_RmC_Server1 | unique identification | 5R59PW1 |

**LAST ITEM**

JG 8/8/17